AO 93  (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

ORIGINAL

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched or identify the<br>person by name and address)*<br><br>One 64 gigabyte red and black San Disk flash drive;<br>and One Silver and black flash drive with no<br>markings or labels in the custody of the U.S. Postal<br>Inspection Service in Long Beach, California | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.<br><br>19 MJ03369 |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the Central District of California *(identify the person or describe the property to be searched
and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before 14 days from the date of its issuance *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to the U.S. Magistrate Judge on duty at the time of the return
through a filing with the Clerk's Office.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*

☐ for____days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   8/16/2019 at 10:15 am    _____
                                                                          *Judge's signature*

City and state:      Los Angeles, CA                Hon. John E. McDermott, U.S. Magistrate Judge
                                                                          *Printed name and title*

AUSA:      Christine M. Ro, x4496

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:19-3369M | Date and time warrant executed:<br>8/19/19  12:28PM | Copy of warrant and inventory left with:<br>N/A |

Inventory made in the presence of :

N/A

Inventory of the property taken and name of any person(s) seized:

NO ITEMS SEIZED

MM
MM
MM
MM
MM

Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/9/19

_Executing officer's signature_

MATT MARKOWSKI, POSTAL INSPECTOR
_Printed name and title_